UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   v.<br><br>FRANCISCO GOMEZ-RUIZ,<br><br>          Defendant. | No. CR-05-2141-FVS<br><br>ORDER DISMISSING INDICTMENT |

**THIS MATTER** having come before the Court based upon the defendant's motion to dismiss the indictment; Now, therefore

**IT IS HEREBY ORDERED:**

The defendant's motion to dismiss the indictment (Ct. Rec. 24) is granted for the reasons set for in his memoranda.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this 16th day of February, 2006.

                                s/ Fred Van Sickle
                                  Fred Van Sickle
                         United States District Judge

ORDER - 1